# EXHIBIT A



**800-893-4928**



www.assurancetrainers.com

# QuickBooks Training
## -Live 2 Day Classroom Training-

| Minneapolis | Sioux Falls | Rapid City |
|---|---|---|
| **Feb 27th & 28th** | **Feb 6th & 7th** | **March 25th & 26th** |
| Holiday Inn Express | Holiday Inn | FairField Inn |
| 7770 Johnson Ave S | 2501 S Shirley Ave | 1314 N Elk RD |
| Bloomington MN | Sioux Falls SD | Rapid City SD |



Hands-On Training



Get Your Books in Order!

Let's Make 2019 the best year yet!

### TALK TO A TRAINING ADVISOR TODAY!
### www.assurancetrainers.com
### 800-893-4928

2 Day Class
Regular Price $499.00
## Sale Price $379.00
With Coupon at Checkout
Coupon Code: DEN5

Instructed by:
QuickBooks Pro Advisor
Small Class Sizes
**Computer Terminal Provided**

Great For:
Small Business Owners
Bookkeepers
Office Managers
Non-Profits

Day 1  8:30 - 4:30

Day 2  8:30 - 4:30

| Day 1 | Day 2 |
|---|---|
| Lesson 1:  Intro To QuickBooks | Lesson 1:  Analyzing Financial Data |
| Lesson 2:  "Accounting 101" | Lesson 2:  Job Costing and Progress Invoicing |
| Lesson 3:  Setting Up QuickBooks | Lesson 3:  Tracking Time |
| Lesson 4:  Chart of Accounts Setup and Tips | Lesson 4:  Sales Tax |
| Lesson 5:  Lists - Items, Customers, Vendors | Lesson 5:  Credit Cards/Online Banking |
| Lesson 6:  Getting Sales into QuickBooks | *Lesson 6:  Payroll - Complete Breakdown* |
| Lesson 7:  Bank Accounts & Making Deposits | Lesson 7:  Customizing Forms and Letters |
| Lesson 8:  Paying Bills | End of Day Bonus Lesson: |
| End of Day Bonus Lesson: | Setting Up Inventory |
| Accountants and Bookkeeping Tools | |

Assurance Software Trainers has been teaching students, like you, since 2009.  We only teach small classes and have taught over 250 seminars.  Our trainer is the owner and is a certified Quickbooks Advisor with many years of real world experience to help you and your business grow.  Please call us to discuss how we can help you gain the knowledge to succeed.

## To Register:www.assurancetrainers.com

Your number is in our files. If we reached you in error or you would like to be removed, please dial 855-910-6696 anytime. Removal is immediate.  Thank you.

# EXHIBIT B



# QuickBooks



800-893-4928

www.assurancetrainers.com

# LIVE 2 DAY CLASSROOM LEARNING QUICKBOOKS

## Minneapolis
### July 24th & 25th
Crowne Plaza
3 Apple Tree Square
Bloomington, MN

## Sioux Falls
### July 22nd & 23rd
Holiday Inn Express
2501 S Shirley Ave
Sioux Fall, SD

## Omaha
### June 19th & 20th
Holiday Inn
3650 S 72nd St
Omaha NE

## intuit quickbooks.

## TALK TO A TRAINING ADVISOR TODAY!
## www.assurancetrainers.com
## 800-893-4928

REGISTER NOW

2 Day Class
Regular Price $499.00
## Sale Price $379.00
With Coupon at Checkout
Coupon Code: DEN5

Instructed by:
QuickBooks Pro Advisor
Small Class Sizes
**Computer Laptop Provided**

Great For:
Small Business Owners
Bookkeepers
Office Managers
Non-Profits
New Employees

Day 1  8:30 - 4:30

Day 2  8:30 - 4:30

Lesson 1: Intro To QuickBooks
Lesson 2: "Accounting 101"
Lesson 3: Setting Up QuickBooks
Lesson 4: Chart of Accounts Setup and Tips
Lesson 5: Lists - Items, Customers, Vendors
Lesson 6: Getting Sales into QuickBooks
Lesson 7: Bank Accounts & Making Deposits
Lesson 8: Paying Bills
End of Day Bonus Lesson:
Accountants and Bookkeeping Tools

Lesson 1: Analyzing Financial Data
Lesson 2: Job Costing and Progress Invoicing
Lesson 3: Tracking Time  T-Sheets
Lesson 4: Sales Tax
Lesson 5: Credit Cards/Online Banking
*Lesson 6:  Payroll - Complete Breakdown*
Lesson 7: Customizing Forms and Letters
End of Day Bonus Lesson:
Setting Up Inventory

Assurance Software Trainers has been teaching students, like you, since 2009. We only teach small classes (we often sell out) and have taught over 250 seminars. Our trainer is the owner and is a certified Quickbooks Advisor with many years of experience to help you and your business grow. Please call us to discuss how we can help you gain the knowledge to succeed.
Please visit or web-site for details on our 100% Money Back Guarantee.

## To register: www.assurancetrainers.com

If we reached you in error, or you would like off our list, please dial 855-339-7954 anytime 24/7. Thank you.

# EXHIBIT C



**800-893-4928**

# QuickBooks



www.assurancetrainers.com

## LIVE 2 DAY CLASSROOM LEARNING QUICKBOOKS

| **Minneapolis** | **Sioux Falls** | **Omaha** |
|---|---|---|
| **July 24th & 25th** | **July 22nd & 23rd** | **June 19th & 20th** |
| Crowne Plaza | Holiday Inn Express | Holiday Inn |
| 3 Apple Tree Square | 2501 S Shirley Ave | 3650 S 72nd St |
| Bloomington, MN | Sioux Fall, SD | Omaha NE |

## intuit quickbooks.

### *TALK TO A TRAINING ADVISOR TODAY!*
### *www.assurancetrainers.com*
### *800-893-4928*

REGISTER NOW!

2 Day Class
Regular Price $499.00
### Sale Price $379.00
With Coupon at Checkout
Coupon Code: DEN5

Instructed by:
QuickBooks Pro Advisor
Small Class Sizes
**Computer Laptop Provided**

Great For:
Small Business Owners
Bookkeepers
Office Managers
Non-Profits
New Employees

Day 1  8:30 - 4:30

Day 2  8:30 - 4:30

| |
|---|
| Lesson 1:  Intro To QuickBooks |
| Lesson 2:  "Accounting 101" |
| Lesson 3: Setting Up QuickBooks |
| Lesson 4: Chart of Accounts Setup and Tips |
| Lesson 5: Lists - Items, Customers, Vendors |
| Lesson 6: Getting Sales into QuickBooks |
| Lesson 7: Bank Accounts & Making Deposits |
| Lesson 8: Paying Bills |
| End of Day Bonus Lesson: |
| Accountants and Bookkeeping Tools |

| |
|---|
| Lesson 1:  Analyzing Financial Data |
| Lesson 2:  Job Costing and Progress Invoicing |
| Lesson 3: Tracking Time  T-Sheets |
| Lesson 4: Sales Tax |
| Lesson 5: Credit Cards/Online Banking |
| *Lesson 6: Payroll - Complete Breakdown* |
| Lesson 7:  Customizing Forms and Letters |
| End of Day Bonus Lesson: |
| Setting Up Inventory |

Assurance Software Trainers has been teaching students, like you, since 2009.  We only teach small classes (we often sell out) and have taught over 250 seminars.  Our trainer is the owner and is a certified Quickbooks Advisor with many years of experience to help you and your business grow.  Please call us to discuss how we can help you gain the knowledge to succeed. Please visit or web-site for details on our 100% Money Back Guarantee.

## To register: www.assurancetrainers.com

If we reached you in error, or you would like off our list, please dial 855-339-7954 anytime 24/7.  Thank you.

# EXHIBIT D



**800-893-4928**

# QuickBooks



www.assurancetrainers.com

# LIVE 2 DAY CLASSROOM LEARNING QUICKBOOKS

## Minneapolis
### July 24th & 25th
Crowne Plaza
3 Apple Tree Square
Bloomington, MN

## Sioux Falls
### July 22nd & 23rd
Holiday Inn Express
2501 S Shirley Ave
Sioux Fall, SD

## Omaha
### June 19th & 20th
Holiday Inn
3650 S 72nd St
Omaha NE

## intuit quickbooks.

## TALK TO A TRAINING ADVISOR TODAY!
### www.assurancetrainers.com
### 800-893-4928

**REGISTER NOW**

2 Day Class
Regular Price $499.00
## Sale Price $379.00
With Coupon at Checkout
Coupon Code: DEN5

Instructed by:
QuickBooks Pro Advisor
Small Class Sizes
**Computer Laptop Provided**

Great For:
Small Business Owners
Bookkeepers
Office Managers
Non-Profits
New Employees

Day 1  8:30 - 4:30

Day 2  8:30 - 4:30

Lesson 1:  Intro To QuickBooks
Lesson 2:  "Accounting 101"
Lesson 3:  Setting Up QuickBooks
Lesson 4:  Chart of Accounts Setup and Tips
Lesson 5:  Lists - Items, Customers, Vendors
Lesson 6:  Getting Sales into QuickBooks
Lesson 7:  Bank Accounts & Making Deposits
Lesson 8:  Paying Bills

End of Day Bonus Lesson:
Accountants and Bookkeeping Tools

Lesson 1:  Analyzing Financial Data
Lesson 2:  Job Costing and Progress Invoicing
Lesson 3:  Tracking Time  T-Sheets
Lesson 4: Sales Tax
Lesson 5: Credit Cards/Online Banking
***Lesson 6:  Payroll - Complete Breakdown***
Lesson 7:  Customizing Forms and Letters

End of Day Bonus Lesson:
Setting Up Inventory

Assurance Software Trainers has been teaching students, like you, since 2009.  We only teach small classes (we often sell out) and have taught over 250 seminars.  Our trainer is the owner and is a certified Quickbooks Advisor with many years of experience to help you and your business grow.  Please call us to discuss how we can help you gain the knowledge to succeed.
Please visit or web-site for details on our 100% Money Back Guarantee.

# To register: www.assurancetrainers.com

If we reached you in error, or you would like off our list, please dial 855-339-7954 anytime 24/7. Thank you.

# EXHIBIT E



# QuickBooks



**800-893-4928**

www.assurancetrainers.com

## LIVE 2 DAY CLASSROOM LEARNING QUICKBOOKS

### Minneapolis
**July 24th & 25th**

Crowne Plaza
3 Apple Tree Square
Bloomington, MN

### Sioux Falls
**July 22nd & 23rd**

Holiday Inn Express
2501 S Shirley Ave
Sioux Fall, SD

### Norfolk NE
July 31st & Aug 1st

intuit quickbooks.

## TALK TO A TRAINING ADVISOR TODAY!
### www.assurancetrainers.com
### 800-893-4928

**REGISTER NOW**

2 Day Class
Regular Price $499.00
### Sale Price $379.00
With Coupon at Checkout
Coupon Code: DEN5

Instructed by:
QuickBooks Pro Advisor
Small Class Sizes
**Computer Laptop Provided**

Great For:
Small Business Owners
Bookkeepers
Office Managers
Non-Profits
New Employees

Day 1  8:30 - 4:30

Day 2  8:30 - 4:30

Lesson 1:  Intro To QuickBooks
Lesson 2:  "Accounting 101"
Lesson 3: Setting Up QuickBooks
Lesson 4: Chart of Accounts Setup and Tips
Lesson 5: Lists - Items, Customers, Vendors
Lesson 6: Getting Sales into QuickBooks
Lesson 7: Bank Accounts & Making Deposits
Lesson 8: Paying Bills
        End of Day Bonus Lesson:
    Accountants and Bookkeeping Tools

Lesson 1:  Analyzing Financial Data
Lesson 2:  Job Costing and Progress Invoicing
Lesson 3: Tracking Time  T-Sheets
Lesson 4: Sales Tax
Lesson 5: Credit Cards/Online Banking
*Lesson 6:  Payroll - Complete Breakdown*
Lesson 7:  Customizing Forms and Letters
        End of Day Bonus Lesson:
        Setting Up Inventory

Assurance Software Trainers has been teaching students, like you, since 2009.  We only teach small classes (we often sell out) and have taught over 250 seminars.  Our trainer is the owner and is a certified Quickbooks Advisor with many years of experience to help you and your business grow.  Please call us to discuss how we can help you gain the knowledge to succeed.
Please visit or web-site for details on our 100% Money Back Guarantee.

## To register:  www.assurancetrainers.com

If you wish to be removed from our list, please dial 855-339-7954 anytime.  24/7  Immediate removal.  Thank you.

# EXHIBIT F





# QuickBooks

www.assurancetrainers.com

**800-893-4928**

## LIVE 2 DAY CLASSROOM LEARNING QUICKBOOKS

### Minneapolis
**July 24th & 25th**
Crowne Plaza
3 Apple Tree Square
Bloomington, MN

### Sioux Falls
**July 22nd & 23rd**
Holiday Inn Express
2501 S Shirley Ave
Sioux Fall, SD

### Norfolk NE
July 31st & Aug 1st

## intuit quickbooks.

## TALK TO A TRAINING ADVISOR TODAY!
## www.assurancetrainers.com
## 800-893-4928

**REGISTER NOW**

2 Day Class
Regular Price $499.00
## Sale Price $379.00
With Coupon at Checkout
Coupon Code: DEN5

Instructed by:
QuickBooks Pro Advisor
Small Class Sizes
**Computer Laptop Provided**

Great For:
Small Business Owners
Bookkeepers
Office Managers
Non-Profits
New Employees

Day 1  8:30 - 4:30

Lesson 1: Intro To QuickBooks
Lesson 2: "Accounting 101"
Lesson 3: Setting Up QuickBooks
Lesson 4: Chart of Accounts Setup and Tips
Lesson 5: Lists - Items, Customers, Vendors
Lesson 6: Getting Sales into QuickBooks
Lesson 7: Bank Accounts & Making Deposits
Lesson 8: Paying Bills
End of Day Bonus Lesson:
Accountants and Bookkeeping Tools

Day 2  8:30 - 4:30

Lesson 1: Analyzing Financial Data
Lesson 2: Job Costing and Progress Invoicing
Lesson 3: Tracking Time  T-Sheets
Lesson 4: Sales Tax
Lesson 5: Credit Cards/Online Banking
*Lesson 6: Payroll - Complete Breakdown*
Lesson 7: Customizing Forms and Letters
End of Day Bonus Lesson:
Setting Up Inventory

Assurance Software Trainers has been teaching students, like you, since 2009. We only teach small classes (we often sell out) and have taught over 250 seminars. Our trainer is the owner and is a certified Quickbooks Advisor with many years of experience to help you and your business grow. Please call us to discuss how we can help you gain the knowledge to succeed. Please visit our web-site for details on our 100% Money Back Guarantee.

## To register:  www.assurancetrainers.com

If you wish to be removed from our list, please dial 855-339-7954 anytime. 24/7  Immediate removal. Thank you.