UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: 0:19-cv-2037 DSD/HB

| | |
|---|---|
| The Barry Law Office, Ltd, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>Ark Financial LLC,<br><br>Defendant. | **NOTICE OF DISMISSAL** |

Plaintiff, by and through his counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby give notice of dismissal, with prejudice, of his complaint against Defendant. This dismissal terminates the action.

Dated this 24th day of September, 2019.

By: s/Thomas J. Lyons Jr.

Thomas J. Lyons, Jr., Esq.
Attorney I.D. #: 0249646
**CONSUMER JUSTICE CENTER, P.A.**
367 Commerce Court
Vadnais Heights, MN 55127
Telephone: (651) 770-9707
Facsimile: (651) 704-0907
Email: tommy@consumerjusticecenter.com

***ATTORNEY FOR PLAINTIFF***